United States District Court
Southern District of Texas
**ENTERED**
May 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EMEKA EHIRIM, § § Plaintiff, § § VS. § PRAETORIAN INSURANCE COMPANY, § § Defendant. § | CIVIL ACTION NO. 4:23-CV-00373 |

## ORDER ON JOINT STIPULATION OF VOLUNTARY DISMISSAL

Before the Court is Plaintiff Emeka Ehirim and Defendant Praetorian Insurance Company's Joint Stipulation of Voluntary Dismissal with Prejudice (Dkt. No. 14). The Court finds the parties' Stipulation of Dismissal should be accepted by the Court.

Pursuant to the foregoing stipulation of the parties, the Court hereby ORDERS as follows:

1. Pursuant to Fed. R. Civ. P. 41 (a), the causes of action, claims, controversies, demands, and debts asserted by, against, and between Plaintiff Emeka Ehirim and Praetorian Insurance Company are DISMISSED WITH PREJUDICE;

2. All attorneys' fees and costs shall be taxed against the Party incurring them;

3. All relief not previously granted is hereby denied; and

4. The Clerk is directed to close this civil action.

It is so ORDERED.

SIGNED on May 8, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge